Decided June 30, 2011

SEAN ADAMS *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 128 Conn. App. 389 (AC 31388), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state deprived the petitioner of a fair trial by failing

to disclose the victim's plea agreement or to correct misleading testimony?"

The Supreme Court docket number is SC 18810.

*Robert J. Scheinblum*, senior assistant state's attorney, in support of the petition.

*Damon A. R. Kirschbaum*, special public defender, in opposition.

Decided June 30, 2011